**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

HYUNDAI CAPITAL AMERICA D/B/A KIA FINANCE AMERICA,

Petitioner,

v.

SHARLYNE GOODING,

Respondent.

Civil Action No. ______________________

**PETITION TO CONFIRM ARBITRATION AWARD**

PLEASE TAKE NOTICE that Petitioner Hyundai Capital America d/b/a KIA Finance America ("HCA"), by and through its counsel, respectfully petitions this Court under the Federal Arbitration Act, 9 U.S.C. § 9, for an order confirming an arbitration award, and to enter judgment in accordance with the award. HCA incorporates here, as if fully set forth, the Declaration of Jonathan Marmo in Support of Petition to Confirm Arbitration Award, filed herewith.

WHEREFORE, Petitioner requests that the Court enter an Order and Judgment as follows:

1. Confirmation of the November 28, 2023 Award of Arbitrator; and

2. For such other and further relief as this Court deems just and proper.

Dated: February 2, 2024

Respectfully submitted,

HOLLAND & KNIGHT, LLP

By: *s/Jonathan Marmo*____
Jonathan Marmo, Esq.
(NYS Bar. 4239323)
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Phone 215.252.9568
Fax 215.867.6070
jonathan.marmo@hklaw.com

*Counsel for Hyundai Capital America d/b/a KIA Finance America*